# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| DAVID RIBEIRO, | ) | ORDER ON APPLICATION |
| Plaintiff | ) | TO PROCEED WITHOUT |
| | ) | PREPAYMENT OF FEES |
| v. | ) | |
| | ) | |
| DAVID S. USHER, et al., | ) | Civil Action No. 04-30201-KPN |
| Defendants | ) | |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒     GRANTED.

    ☒     The clerk is directed to file the complaint.

    ☒     IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐     DENIED, for the following reasons:

_____

ENTERED on  October 8, 2004  .

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge