UNITED STATES DISTRICT COURT
OF
WESTERN MASSACHUSETTS

Filed 10/8/04

Plaintiff
DAVID RIBEIRO

v.

Defendants
Holyoke Police officer's
David S. Usher, Martin W. Narey,
Paul M. Kelly, James D. Brient,
Lt. Higgins, District Attorney
William Bennett, Holyoke Police Dept,
City of Holyoke, Commonwealth of
Massachusetts

MOTION FOR APPOINTMENT
OF COUNSEL

CA 04-30201-KPN

1.) Plaintiff David Ribeiro is requesting appointment of counsel in the above action against defendants.

2.) Plaintiff is indigent and is currently incarcerated in Hampden County corrections and is not employed and does not recieve any funds from jail.

3.) Plaintiff has tried to obtain an attorney regarding said civil action with no success.

4.) Plaintiff has looked in yellow pages and written to several attorney's listed with no response.

5.) It appears that many attorney's have a conflict of interest in persuing a federal civil litigation against the same judicial system that provides them (attorney's) work.

6.) Plaintiff understands that the court does not have to appoint an attorney. However, Plaintiff humbly request that court appoint an attorney to aid plaintiff in this complex area of litigation.

David Ribeiro  Date 9-14-04
David Ribeiro (pro se)