U.S.G.P.O.: 2001 481-649/51050

## PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RIBEIRO (ProSe) | 3:04-CV-30201 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| DAVID S. usher | Mail/Hand |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Holyoke Police Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Appleton Street Holyoke Ma, 01040 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID RiBEIRO (Pro Se) #128571
Hampden County corrections
629 Randall Road
Ludlow Ma, 01056

| | |
|---|---|
| Number of process to be served with this Form - 285 | 10 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment Hours are 12:00 midnight
to
8:00 AM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Ribeiro | | N/A | 10-18-04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 38 | No. 38 | Marie C. Tom | 11-1-04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | |
|---|---|---|
| Jackie - CHiEF AnthonY Scott's OFFiCE | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | | |
| | Date of Service | Time |
| | 12/9/04 | 11 30 pm |
| | Signature of U.S. Marshal or Deputy | |
| | Marie C. Tom #527 | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S.G.P.O.: 2001 481-649/51050

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RIBEIRO (Pro se) | 3:04-CV-30201 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Martin W. Narey | Mail/Hand |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Holyoke Police Department |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Appleton Street, Holyoke ma, 01040 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| David Ribeiro (Pro se) #128591 Hampden County corrections 629 Randall Road Ludlow ma, 01056 | Number of process to be served with this Form - 285: **10** |
| | Number of parties to be served in this case: **7** |
| | Check for service on U.S.A. ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment hours 12:00 midnight
to
8:00 AM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 10-18-04 |
|---|---|---|---|
| David Ribeiro | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 38 | No. 38 | Marie C. Mn | 11-1-04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Jackie - Chief Anthony Scott's Office | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | |
| | Date of Service: 12/9/04 |
| | Time: 11:30 pm |
| | Signature of U.S. Marshal or Deputy: Marie C. Mn #5279 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS

U.S.G.P.O.: 2001 481-649/51050



**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RIBEIRO (Pro Se) | 3:04-CV-30201 |
| DEFENDANT | TYPE OF PROCESS |
| Paul M. Kelly | mail / hand |

**SERVE** ➡️ AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Holyoke Police Department

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Appleton Street  Holyoke ma, 01040

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Ribeiro (Pro Se) # 128571
Hampden county corrections
629 Randall Road
Ludlow    ma, 01056

| | |
|---|---|
| Number of process to be served with this Form - 285 | 10 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment hours  12:00 midnight
to
8:00 AM

Signature of Attorney or other Originator requesting service on behalf of:
David Ribeiro

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER  N/A

DATE  10-18-04

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 38 | No. 38 | Onnie C. An | 11-1-04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
JACKIE - CHIEF AnTHONY Scott's OFFICE

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 12/9/04 | 11:30 | ☐ a.m. ☑ p.m. |

Signature of U.S. Marshal or Deputy
Onnie C. An  # 5279

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S.G.P.O : 2001 481-849/51050

## U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF DAVID RiBEIRO (Pro Se) | COURT CASE NUMBER 3:04-CV-30201 |
|---|---|
| DEFENDANT James D. Briant | TYPE OF PROCESS Mail/hand |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Holyoke Police Department |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Appleton street Holyoke MA, 01040 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| David Ribeiro (ProSe) #129571 Hampden County Corrections 629 Randall Road Ludlow ma, 01056 | Number of process to be served with this Form - 285 | 10 |
|---|---|---|
| | Number of parties to be served in this case | 7 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment hours are 12:00 midnight
to
8:00 AM

| Signature of Attorney or other Originator requesting service on behalf of: David Ribeiro | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER N/A | DATE 10-18-04 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 01 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11-1-2004 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) JACKIE - CHIEF ANTHONY Scott's OFFICE | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service 12-9-04 | Time 11:30 pm |
| | | Signature of U.S. Marshal or Deputy mmc mn #5279 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS



U.S. GP.O.: 2001 481-649/51050

## PROCESS RECEIPT AND RETURN

# U.S. Department of Justice
# United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RIBEIRO (Pro Se) | 04-30201-KPN |
| DEFENDANT | TYPE OF PROCESS |
| Holyoke Police Dept. | |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Holyoke Police Dept.

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)

Appleton Street  Holyoke MA, 01040

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Ribeiro
128571 County House of Correction
Hampden
629 Randall Road
Ludlow, MA 01056

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Ribeiro | | | 11/2/04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | *[signature]* | 11/15/04 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | |
|---|---|---|
| CHiEF AnThoNY Scott's OFFicE — JackiE | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service | Time |
| | 12/9/04 | 11:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |
| | Marie C ... # 5279 | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S.G.P.O.: 2001 481-649/51050

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RiBEIRO (Pro Se) | 3:04-CV-30201 |
| DEFENDANT | TYPE OF PROCESS |
| Lt. Micheal Higgins | |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Holyoke Police Department |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Appleton Street Holyoke MA, 01040 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| David Ribeiro (Pro Se) #128571<br>Hampden county corrections<br>629 Randall Road<br>Ludlow MA, 01056 | Number of process to be served with this Form - 285 — **10** |
| | Number of parties to be served in this case — **7** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment hours are 12:00 midnight
to
8:00 AM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>10-18-04 |
|---|---|---|---|
| David Ribeiro | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>01 | District of Origin No.<br>38 | District to Serve No.<br>38 | Signature of Authorized USMS Deputy or Clerk<br>mnie c mn | Date<br>11-1-2004 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>JACKIE - CHiEF AnthonY Scott's OFFiCE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>12/9/04 | Time<br>11:20 pm |
| | Signature of U.S. Marshal or Deputy<br>mnie c mn #5279 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S.G.P.O. 2001 481-649/51050

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RIBEIRO (Pro Se) | 04-30201-KPN |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| City of Holyoke / Mayor Micheal Sullivan | |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

City of Holyoke

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Holyoke City Hall, High Street Holyoke ma, 01040

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Ribeiro (Pro Se)
Hampden county correctional
629 Randall Road
Ludlow ma, 01056

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Employment hours
9:00 AM to 5:00 PM

Signature of Attorney or other Originator requesting service on behalf of:

David Ribeiro

☑ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 11/2/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 38 | No. 38 | | 11-3-04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Kim — Mayor Michael Sullivans OFFICE | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 12/9/04 | 11:45 | pm |
| | Signature of U.S. Marshal or Deputy | | |
| | #5219 | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| DAVID RiBEiRO (Pro Se) | | 3:04-CV-30201 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| William Bennett | Hand |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
District Attorney Hampden County

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 State Street Sprgfld ma, 01103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David Ribeiro (Pro Se) #128571
Hampden county corrections
629 Randall Road
Ludlow    ma, 01056

| | |
|---|---|
| Number of process to be served with this Form — 285 | 10 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold

Employment Hours are 9:00 AM
to
5:00 PM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *David Ribeiro* | | N/A | 10-18-04 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 01 | No. 38 | No. 38 | *Minnie C Mn* | 11-1-2004 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| District Attorneys office - 3rd Floor | | |
| Address (complete only if different than shown above) | Date of Service | Time ☐ am |
| | 12/8/04 | 150 ☑ pm |
| | Signature of U.S. Marshal or Deputy *Minnie C Mn* #5279 | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID RiBEIRO ( Pro Se ) | O4-30201-KPN |
| **DEFENDANT** Commonwealth of massachusetts / Attorney general | **TYPE OF PROCESS** |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Commonwealth of massachusetts |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Attorney General 1350 Main Street Sprgfd MA, 01103 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| David Ribeiro (Pro Se) <br> Hampden county correctional <br> 629 Randall Road <br> Ludlow MA, 01056 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Employment hours
9:00 AM to 5:00 PM

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| David Ribeiro | | | 11/2/04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | O1 | No. 38 | No. 38 | Marie C. Au | 11-2-04 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|---|
| Maria — AG's Office ( 4th Floor) | | | |
| Address (complete only if different than shown above) | Date of Service | Time | |
| | 12/9/04 | 140 pm | |
| | Signature of U.S. Marshal or Deputy <br> Marie C. Au  #53.79 | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS