UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>DAVID S. USHER, MARTIN W. NAREY,<br>PAUL M. KELLY, JAMES D. BRIANT,<br>LT. HIGGINS, WILLIAM BENNETT AS<br>DISTRICT ATTORNEY, HOLYOKE POLICE<br>DEPARTMENT, COMMONWEALTH OF<br>MASSACHUSETTS, CITY OF HOLYOKE<br>　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 04-30201-KPN |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as the attorney for the defendants, William Bennett as District Attorney and the Commonwealth of Massachusetts.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　William P. O'Neill  BBO # 379745
　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　Western Massachusetts Division
　　　　　　　　　　　　　　　1350 Main Street, 4th Floor
　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　Tel No. 413-784-1240, ext. 107
　　　　　　　　　　　　　　　Fax No. 413-784-1244

DATED: