UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO,<br>    Plaintiff,<br><br>v.<br><br>DAVID S. USHER, MARTIN W. NAREY,<br>PAUL M. KELLY, JAMES D. BRIANT, MICHAEL<br>HIGGINS, DISTRICT ATTORNEY WILLIAM<br>BENNETT, HOLYOKE POLICE DEPARTMENT,<br>COMMONWEALTH OF MASSACHUSETTS and<br>CITY OF HOLYOKE<br>    Defendants. | CIVIL ACTION<br>NO. 04-30201-KPN |

### NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendants, Michael Higgins, and Paul Kelly, in the above-entitled matter.

|   |   |
|---|---|
|   | THE DEFENDANTS<br>By their attorneys |
| /s/Michael J. Akerson | /s/ Austin M. Joyce |
| Michael J. Akerson<br>EDWARD P. REARDON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO# 558565 | Austin M. Joyce<br>EDWARD P. REARDON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO#: 255040 |
| /s/ John K. Vigliotti | /s/ Andrew J. Gambaccini |
| John K. Vigliotti<br>EDWARD P. REARDON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO # 642337 | Andrew J. Gambaccini<br>EDWARD P. REARDON, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285<br>BBO # 654690 |

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 21st day of December, 2004 via first class mail postage prepaid to all counsel of record as follows:

David Ribeiro, Pro se
629 Randall Road
Ludlow, MA 01056

William P. O'Neil, Esq.
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Charles Lavelle, Esq.
Holyoke Law Department
563 Dwight Street
Holyoke, MA 01040

By: _____
Austin M. Joyce