UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID REBEIRO,<br>     Plaintiff<br><br> v.<br><br>DAVID S. USHER, MARTIN W. NAREY<br>PAUL M. KELLY, JAMES D. BRIANT,<br>MICHAEL HIGGINS, HOLYOKE POLICE<br>DEPARTMENT, DISTRICT ATTORNEY<br>WILLIAM BENNETT, COMMONWEALTH OF<br>MASSACHUSETTS and the CITY OF HOLYOKE,<br>     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-30201-KPN<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance for David S. Usher, Martin W. Narey, James D.
Briant and the City of Holyoke in the above captioned matter.

Charles P. Lavelle
BBO No. 288420

Karen T. Betournay
BBO No. 550724
City Solicitor
City of Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
(413) 322-5580

CERTIFICATE OF SERVICE

I hereby certify that I have served on the date entered below a copy of the foregoing document by First Class Mail, postage prepaid, to:

David Ribeiro, Pro se
629 Randall Road
Ludlow, MA 01056

William P. O'Neal, Esq.
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Austin M. Joyce, Esq.
Edward R. Reardon, P.C.
397 Grove Street
Worcester, MA 01605

DATE: Dec 23, 2004

_____
Charles P. Lavelle