UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO,<br>      Plaintiff,<br><br>v.<br><br>DAVID S. USHER, MARTIN W. NAREY,<br>PAUL M. KELLY, JAMES D. BRIANT, MICHAEL<br>HIGGINS, DISTRICT ATTORNEY WILLIAM<br>BENNETT, HOLYOKE POLICE DEPARTMENT,<br>COMMONWEALTH OF MASSACHUSETTS and<br>CITY OF HOLYOKE<br>      Defendants. | CIVIL ACTION<br>NO. 04-30201-KPN |

## CERTIFICATION OF DEFENDANT MICHAEL HIGGINS

The undersigned party and his counsel hereby affirm that they conferred:

(a)     regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Michael Higgins

_____
Austin M. Joyce, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040