David Ribeiro #128571 Pro Se
Jan 14, 2005
Hampden County Jail
629 Randall Road
Ludlow     MA, 01056

To: court clerk:

Dear madam/sir

I'm writing to you in regard to an error I made. Civil Action # is 04-30201-KPN. I wanted the above action to be a 42 USC § 1983. Is it possible if I can ammend it to a 42 USC § 1983? If not, then I'm prepared to submit a separate action being 42 USC Subsection 1983
I would greatly appreciate your aid and response in this matter.

Thank you
David Ribeiro Pro Se