UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID REBEIRO, <br>                   Plaintiff <br><br> v. <br><br> DAVID S. USHER, MARTIN W. NAREY, <br> PAUL M. KELLY, JAMES D. BRIANT, <br> MICHAEL HIGGINS, HOLYOKE POLICE <br> DEPARTMENT, DISTRICT ATTORNEY <br> WILLIAM BENNETT, COMMONWEALTH OF <br> MASSACHUSETTS and the CITY OF HOLYOKE, <br>                   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
[stamp illegible]
'05 FEB 22 A 11:53
U.S. DISTRICT COURT
DISTRICT OF MASS

**DEFENDANTS DAVID S. USHER, MARTIN W. NAREY, JAMES D. BRIANT AND THE CITY OF HOLYOKE'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT**

The said Defendants oppose the Plaintiff's Motion to Amend his complaint on the grounds that the Amended Complaint continues to fail to state a claim upon which relief may be granted and the said Defendants are immune from liability. The proposed Amended Complaint is still based on his prosecution by the Commonwealth of Massachusetts for alleged violations of the state's criminal law.

DATE: Feb. 18, 2005

                                           David S. Usher, Martin W. Narey,
                                           James D. Briant and the City of
                                           Holyoke

                                           /s/ Charles P. Lavelle
                                           Charles P. Lavelle
                                           BBO No. 288420
                                           Staff Attorney
                                           City of Holyoke Law Department
                                           20 Korean Veterans Plaza
                                           Holyoke, MA 01040
                                           (413) 322-5580

## CERTIFICATE OF SERVICE

I hereby certify that I have served on the date entered below a copy of the foregoing document by First Class Mail, postage prepaid, to:

David Rebeiro, Pro se
629 Randall Road
Ludlow, MA 01056

William P. O'Neal, Esq.
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Austin M. Joyce, Esq.
Edward R. Reardon, P.C.
397 Grove Street
Worcester, MA 01605

DATE: Feb. 18, 2005

_____
Charles P. Lavelle