United States District Court
District of Massachusetts

David Ribeiro,
  Plaintiff,

V,
                                               Docket No: 04-30201-KPN

The Commonwealth of Massachusetts, et al.,
  Defendants.

## Motion for Appointment of Counsel

Now, here comes the plaintiff, David Ribeiro, and he is asking of this Honorable Court for appointment of counsel. Even though there is no right to counsel in civil matters, the plaintiff requests counsel to be appointed for the following reasons;

1) The plaintiff is a lay person and inexperienced and has no knowledge when it comes to matters of law and litigation.
2) The plaintiff's Constitutional and Civil Rights have in fact been violated by the defendants and because he can not afford counsel, that is no excuse for the defendants to be allowed to get away with their inexcusable actions.
3) There has been an amendment already to this complaint, there is another one being requested, and possibly more to come. To avoid unnecessary delays and not to waste valuable court time is clearly another reason to allow this motion.

This is clearly supposed to be a free country, innocent until proven guilty. This plaintiff from the onset of his criminal case, and before, has had the cards stacked against him, not by his actions but by the actions of the defendants in this case. Officers who lied, they violated his rights to "Due process", they made racial slurs and remarks, through to and including Assistant District Attorney's whom are maliciously prosecuting this plaintiff.

DENIED. *In view of the pending criminal charge, this is not an appropriate civil case for appointment of counsel.*
*Michael A. Ponsor USDJ*
*3-31-05*

Page 2.

With the plaintiff's lack of knowledge and inexperience with the laws and civil litigation, it is highly unlikely for him to win without assistance of counsel. Not to mention the complexities of this action.

Wherefore, the plaintiff requests of this Honorable court to appoint counsel to assist him or even to just advise him in matters of law.

The plaintiff hopes and prays that this court will allow this motion.

Respectfully submitted,

David Ribeiro  Date: 2-4-05
David Ribeiro, Pro Se
629 Randall Road
Ludlow, MA 01056

```
NAME: RICHARD DAVID                COMMISSARY NETWORK
WBN: (blurred)                     NO. 63176-7490
BLOCK: A4    TIER: 037    CELL:
SITE: HAMPDEN COUNTY JAIL COMMISSARY        273243 001

                                              ORDER DATE:   1/31/05
                                              ORDER NBR:    79633
                                              CPR NBR:      54203   1
                                              SEG FUND BAL:
                                                    PAGE:           2.37

PER   EXTD
QTY   ITEM    WEIGHT
              ITEM#   ITEM DESCRIPTION                 ITEM        TOTAL
        8752  SNICKERS BAR                            PRICE        PRICE
                                                        .55         2.20
                                             SUB-TOTAL              2.20
                                             SALES TAX               .00
                                             ORDER TOTAL            2.20
                                             FUND BALANCE            .17

[X] SHORTAGES AND/OR DAMAGES HERE:
LINE  QUANTITY       CATEGORY/DESCRIPTION
```

_David Riley_     DATE 2-2-05

Indigency verification

DATE