UNITED STATES DISTRICT COURT
MASSACHUSETTS

PLAINTIFF,
  DAVID RIBEIRO, PRO SE:
        V.
HOLYOKE POLICE OFFICERS;
DAVID USHER, MARTIN NAREY,
JAMES D. BRIANT, PAUL M. KELLY,
LT. MICHEAL HIGGINS, HOLYOKE POLICE
DEPT, CITY OF HOLYOKE, DISTRICT
ATTORNEY WILLIAM BENNETT,
THE OFFICE OF THE DISTRICT
ATTORNEY, THE COMMONWEALTH
OF MASSACHUSETTS:
DEFENDANTS:

CIVIL ACTION#30201-04-KPN

## MOTION TO AMMEND DAMAGES

Plaintiff David Ribeiro, moves this honorable court with this motion to ammend damages.

Plaintiff erred in regard to lost wages.

Plaintiff was employed at the time of his false arrest. Company name is "sizzilin sensations". Said company is located in Northhamton Massachusetts.

Said company is a food conssesion business.

Plaintiff's daily wage from company was 100 dollars a day, (one hundred dollars).

Plaintiff wishes to be compensated for lost wages and all other relief stated in original and ammended complaint, and any other relief this court may deem just and proper.

DAVID RIBEIRO, PRO SE:

DATED 3-13-05

SIGNED David Ribeiro

629 RANDALL ROAD
LUDLOW    MA, 01056