David Ribeiro W85454 Pro Se
May 10, 2005
civil action # 04-30201-MAP
MCI Concord
Po Box 9106
Concord MA, 01742-9106

Clerk of court;

FILED IN CLERK'S OFFICE
2005 MAY 13 A 11:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Sir/Madam,

I am writing to you in regard to a change of address, my new address is:

David Ribeiro # W85454 Pro Se
MCI Concord
P.O. Box 9106
Concord MA, 01742-9106

I would like my new address to reflect your records. I greatly appreciate your aid in this matter. I also filed a claim against my attorney for ineffective counsel/legal malpractice in April of 2005.

Thank you
David Ribeiro