UNITED STATES DISTRICT COURT OF MASSACHUSETTS
WESTERN DISTRICT

DAVID RIBEIRO, PRO SE, )
PLAINTIFF )
)
)
V. ) CIVIL ACTION#04-20301-MAP
)
HOLYOKE POLICE DEPT. )
CITY OF HOLYOKE )
HOLYOKE POLICE ) MOTION TO AMEND MONETARY
OFFICERS, ) RELIEF AMOUNT, AND TO AMEND
DEFENDANTS: ) TRIAL BY JUDGE TO A JURY
)

The above name plaintiff, moves this honorable court with this motion to amend monetary relief amount and amend trial by judge to a trial by jury.

Plaintiff wishes to change the monetary demand to 1,000,000 dollars of american currency (one million dollars).

The reason for this change is due to the Commonwealth being excluded from this civil action at this time.

The plaintiff also wishes to change his request for a trial by jugde to a trial by jury.

Respectfully submitted
sign *[signature]*
date 7-16-05
David Ribeiro, Pro Se #w85454
M.C.I Concord
p.o.box 9106
concord ma, 01742

UNITED STATES DISTRICT COURT DISTRICT OF WESTERN MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO, PRO SE PLAINTIFF )<br>)<br>V.  )<br>HOLYOKE POLICE DEPT. )<br>CITY OF HOLYOKE )<br>HOLYOKE POLICE )<br>OFFICERS, )<br>DEFENDANTS. )<br>) | CIVIL ACTION #04-30201-MAP<br><br>AFFIDAVIT IN SUPPORT<br>OF MOTION TO AMEND<br>MONETARY RELIEF<br>AND TRIAL BY JUDGE TO<br>TRIAL BY JURY |

The above plaintiff in this civil action is pro se in this matter and moves this honorable court to request that the court amend plaintiffs monetary relief amount because the Commonwealth has been excluded from this civil action at this time. The plaintiff hopes that he can add the Commonwealth at a later time. The plaintiff wishes to also amend his request for a trial by judge to a trial by jury.
The reason for this request is because the plaintiff erred in his initial request.
The plaintiff hopes that this court grant enclosed motion, and any other relief this court may deem just and proper.

Respectfully submitted
sign David Ribeiro
date 7-16-05
David Ribeiro, pro se plaintiff
M.C.I. Concord
p.o. box 9106
concord ma, 01742