UNITED STATES DISTRICT COURT OF WESTERN MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO, PRO SE PLAINTIFF <br><br> V. <br><br> HOLYOKE POLICE DEPT. <br> CITY OF HOLYOKE <br> AND OFFICERS. <br> DEFENDANTS. | CIVIL ACTION#04-30201-MAP <br><br> MOTION TO AMEND PUNITIVE AMOUNT DAMAGES |

Now comes the plaintiff in the above entitled matter and moves this honorable court with this motion to amend punitive monetary damges to the amount of fifty thousand dollars of american currency,($50,000).

The plaintiff erred in his second amended complaint when he requested punitive damages in the amount of one dollar,(1.00).

The plaintiff is a pro se litigant and is a layman when it comes to the law of civil litigation.

The plaintiff hopes that this court will consider this motion and any other relief this court may deem just and proper.

respectfully submitted

David Ribeiro,pro se,#w85454

sign *David Ribeiro*

date July 18, 2005

M.C.I Concord
P.O Box 9106
Concord Ma, 01742

UNITED STATES DISTRICT COURT OF WESTERN MASSACHUSETTS

|  |  |
|---|---|
| DAVID RIBEIRO, PRO SE PLAINTIFF, </br></br>V. </br></br>HOLYOKE POLICE DEPT. CITY OF HOLYOKE AND OFFICERS, DEFENDANTS. | CIVIL ACTION #04-30201-MAP </br></br>AFFIDAVIT IN SUPPORT OF MOTION TO AMEND |

I David Ribeiro, pro se am the above plaintiff in this action.

On or about 2-17-05 the plaintiff submitted a second amended complaint to this court. At this time plaintiff requested a monetary punitive damage of one dollar against the defendants in their official and individual capacities.

The plaintiff has erred in that request and wishes to amend said damages to the amount of fifty thousand dollars, ($50.000).

The reason for this request is to correct any errors or discrepancies before trial that the plaintiff may have inadvertently requested.

The plaintiff still wishes to sue each defendant in their official and individual capacities. This civil action is intended to compensate plaintiff and as a prophalactic remedy for future misconduct by police officers.

Respectfully submitted
David Ribeiro, pro se #w85454
M.C.I Concord
P.O Box 9106
concord ma, 01742
sign David Ribeiro
date 7-18-05

# CERTIFICATE OF SERVICE

I David Ribeiro pro se, plaintiff certifies that on the date below I have mailed copies of enclosed motion via u.s. mail service to defendants attornies at the addresses below.

CLERK OF COURT
U.S.DISTRICT
COURT
1550 MAIN ST.RM 512
SPRGFLD MA,01103

JOHN VIGLIOTTI ESQ.
397 GROVE ST.
WORCSTER MA, 01605

CHARLES P LAVELLE ESQ.
HOLYOKE LAW DEPT.
20 KOREAN VETERANS PLAZA
HOLYOKE MA,01040

DAVID RIBEIRO,PRO SE PLAINTIFF#W85454
P.O BOX 9106
CONCORD MA, 01742
SIGN 7-18,2005   *David Ribeiro*
DATE 7-18-05