# EXHIBIT D

Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Criminal Docket

## HDCR2004-00913
## Commonwealth v Ribeiro, David

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/27/2004 | **Status** | Disposed (sentenced) (dsenimp) | | |
| **Status Date** | 05/04/2005 | **Session** | 1 - Crim 1 CtRm 1 | | |
| **Jury Trial** | Unknown | **Origin** | I - Indictment | | |
| **Lead Case** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Arraignment** | 07/30/2004 | **Track** | | **Final PTC** | 10/28/2004 |
| **Disp. Deadline** | 07/30/2005 | **Deadline Status** | Deadline active since return date | **Status Date** | 07/30/2004 |
| **Pro Se Deft** | No | **Custody Status** | Hampden House of Correction (Ludlow) | **Start Date** | 05/04/2005 |
| **Weapon** | Hand gun | **Substance** | | **Prior Record** | Unknown |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 07/12/2004 | 265/17/B | Guilty finding | 05/03/2005 |
| | ROBBERY, ARMED & MASKED c265 s17 | | | |
| 2 | 07/12/2004 | 269/10/J | Guilty finding | 05/03/2005 |
| | FIREARM, CARRY WITHOUT LICENSE c269 s10(a) | | | |
| 3 | 07/12/2004 | 269/10/G | Guilty finding | 05/03/2005 |
| | FIREARM WITHOUT FID CARD, POSSESS c269 s10(h) | | | |
| 4 | 07/12/2004 | 265/18B/A | Guilty finding | 05/03/2005 |
| | FIREARM IN FELONY, POSSESS c265 s18B | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 07/27/2004 Notify

**District Atty's Office 636662**
Karen J Bell
Hampden County District Atty's Office
50 State Street
Hall of Justice
Springfield, MA 01102
Phone: 413-747-1000
Fax: 413-781-1001
Inactive 04/28/2005

**Defendant**
David Ribeiro
119 Federal Street
Springfield, MA 01101
DOB: 08/02/1968
Gender: Male
Active 07/27/2004

**Public Counsel 173090**
Edward B Fogarty
101 State Street
Suite 321
Springfield, MA 01103
Phone: 413-827-0174
Fax: 413-737-7782
Active 07/30/2004 Notify

**District Atty's Office 643755**
Matthew D Thomas
Hampden County District Atty's Office
50 State Street
Hall of Justice
Springfield, MA 01102
Phone: 413-747-1000
Fax: 413-781-4745
Active 04/28/2005 Notify

MAS-20041213     Case 3:04-cv-30201-MAP   Document 38-6   Filed 09/30/2005   Page 3 of 5     06/01/2005
Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Criminal Docket
                                                                                             11:31 AM

## HDCR2004-00913
## Commonwealth v Ribeiro, David

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/27/2004 | 1.0 | Indictment returned |
| 07/27/2004 | | RE: offense #2 Penalty Enhancement Under 269/20G(a): |
| 07/27/2004 | | RE: offense #3 Penalty Enhancement Under 269/10G(a): |
| 07/30/2004 | | Deft arraigned before Court |
| 07/30/2004 | | Appointment of Counsel Edward B Fogarty, pursuant to Rule 53 |
| 07/30/2004 | 2.0 | Notice of assignment of counsel / Appearance filed. |
| 07/30/2004 | | Deft waives reading of indictments |
| 07/30/2004 | | RE Offense 1:Plea of not guilty |
| 07/30/2004 | | RE Offense 2:Plea of not guilty |
| 07/30/2004 | | RE Offense 3:Plea of not guilty |
| 07/30/2004 | | RE Offense 4:Plea of not guilty |
| 07/30/2004 | | Bail set: $50,000.00 cash without prejudice |
| 07/30/2004 | | Bail warning read (Sweeney, J.) |
| 07/30/2004 | 3.0 | Bail: mittimus issued |
| 09/08/2004 | 4.0 | Pre-trial conference report filed |
| 10/19/2004 | 5.0 | Motion by Deft: for allowance of costs and expenses impounded |
| 10/19/2004 | | Motion (P#5) allowed (please see pleading) (Josephson, J.) |
| 10/19/2004 | 6.0 | Agreement on Discovery motions |
| 01/10/2005 | 7.0 | Pre-trial conference report filed |
| 02/17/2005 | 8.0 | Motion by Deft: to suppress unlawfully obtained confession |
| 02/17/2005 | 8.1 | Affidavit of in support motion to suppress unlawfully obtained confession |
| 02/17/2005 | 9.0 | Deft files: Memorandum in support motion to suppress unlawfully obtained confession |
| 02/17/2005 | | Motion (P#8) denied, see record (Curley, J.). Copies mailed |
| 02/17/2005 | 10.0 | Motion by Deft: to supplement grounds to suppress unlawfully obtained confession |
| 02/17/2005 | | Motion (P#10) Allowed, without objection (Curley, J.). |
| 02/17/2005 | 11.0 | Exhibits filed re: Motion to suppress |
| 02/17/2005 | | Defendant's oral motion for copy of transcript is Allowed (Defendant is indigent); Written motion to be allowed once filed (Curley, J.) |
| 02/18/2005 | 12.0 | Motion by Deft: & Order for Transcript |
| 02/18/2005 | | Motion (P#12) allowed (Curley,J.) |
| 02/18/2005 | 13.0 | Motion by Deft: to Continue |
| 02/18/2005 | 14.0 | Motion by Deft: to Suppress Identification w Aff. & Memo |
| 02/18/2005 | 14.1 | Affidavit in Support of Motion to Suppress Identification |
| 02/18/2005 | 15.0 | Deft files Memorandum in Support Motion to Suppress Unlawfully Obtained Confession |
| 02/18/2005 | 16.0 | Motion by Deft: to Dismiss |
| 02/18/2005 | 16.1 | Affidavit in support of motion to dismiss |
| 02/22/2005 | 17.0 | Notice sent on February 22, 2005 to Judy Donnellan for Motion to Suppress Transcript |
| 02/22/2005 | | Motion (P#13) (Please see pleading) (Constance M. Sweeney, Justice). N. 2/23/05 |
| 02/22/2005 | | At defendant's request, the motion to continue trial is converted to |

## HDCR2004-00913
## Commonwealth v Ribeiro, David

| Date | Paper | Text |
|---|---|---|
| | | a motion to file a Motion to suppress I.D. Motion to suppress I.D. will be heard immediately before trial. Defendant waives R. 15. (Sweeney, J.) |
| 02/22/2005 | | After hearing: Bail remains the same. (Sweeney, J.) |
| 02/22/2005 | 18.0 | Bail: mittimus issued |
| 03/08/2005 | | Hearing on (P#16) held, matter taken under advisement (Sweeney,J) |
| 03/08/2005 | | Motion (P.#16) denied (See Pleading) (Constance M. Sweeney, Justice) N.3/9/05 |
| 04/07/2005 | 19.0 | Motion by Deft: to dismiss appointed attorney and for it to be allowed that defendant represent himself, pro se |
| 04/15/2005 | | Motion (P#19) denied (McDonald, J) |
| 04/19/2005 | 20.0 | Motion by Deft: to continue |
| 04/20/2005 | | Motion (P#20) allowed (McDonald, J) |
| 04/26/2005 | 21.0 | Motion by Deft: to clarify and/or continue |
| 04/26/2005 | | Motion (P#21) denied (McDonald, J) |
| 04/28/2005 | 22.0 | Commonwealth files list of witnesses |
| 05/02/2005 | | Defendant's oral motion to Dismiss Counsel--denied. (Velis,J.) |
| 05/02/2005 | | Motion (P#14) allowed in part, denied in part. See Record (Velis,J.) |
| 05/02/2005 | 23.0 | Motion by Commonwealth: in Limine Seeking Admission of Prior Convictions of the Defendant |
| 05/02/2005 | 24.0 | Motion by Commonwealth: in Limine to Allow Video Recorded Evidence |
| 05/02/2005 | 25.0 | Deft files Voir Dire Questions |
| 05/02/2005 | 26.0 | Motion by Deft: in Limine to Exclude Evidence of Defendant's Prior Convictions |
| 05/02/2005 | 27.0 | Motion by Deft: to Sequestration of prosecution Witnesses |
| 05/02/2005 | 28.0 | Motion by Deft: to Dismiss due to Prosecution Victim/Witness not appearing trial or any other Court Proceeding |
| 05/02/2005 | 29.0 | Waiver of trial by jury |
| 05/03/2005 | | Motion (P#23) denied (Velis,J.) |
| 05/03/2005 | | Motion (P#28) Defendant withdraws motion in open court, on the record (Velis,J.) |
| 05/03/2005 | 30.0 | RE Offense 1:Guilty finding |
| 05/03/2005 | 31.0 | RE Offense 2:Guilty finding |
| 05/03/2005 | 32.0 | RE Offense 3:Guilty finding |
| 05/03/2005 | 33.0 | RE Offense 4:Guilty finding |
| 05/03/2005 | 34.0 | Motion by Deft: for Required Finding of Not Guilty |
| 05/03/2005 | | Motion (P#34) denied (Velis,J.) |
| 05/03/2005 | | Defendant's Renewed Oral Motion for A Required Finding of Not Guilty --Denied (Velis,J.) |
| 05/03/2005 | | Bail set:Bail Revoked-Held Without the Right to Bail (Velis,J.) |
| 05/03/2005 | 35.0 | Bail: mittimus issued |
| 05/04/2005 | 36.0 | Defendant sentenced to Count 1: MCI-Cedar Junction for the term of not more than 6 years and not less than 5 years. Count 2 & 3: Hampden County HOC for 1 year. Concurrent with 04-913-1. Count 4: MCI-Cedar Junction for the term of not more than 5 years and not less than 5 years. From & After 04-913-1. (Velis,J.) |

## HDCR2004-00913
## Commonwealth v Ribeiro, David

| Date | Paper | Text |
|---|---|---|
| 05/04/2005 | | Sentence credit given as per 279:33A: 296 by agreement |
| 05/04/2005 | | Victim-witness fee assessed: $90.00 |
| 05/04/2005 | | Defendant warned per Chapter 22E Sec. 3 of DNA |
| 05/04/2005 | | Notified of right of appeal under Rule 64 |
| 05/04/2005 | 37.0 | Commonwealth files Nolle Prosequi on Counts 2 & 3 -To so much as Alleges 269 10G(a) /Enhancements |
| 05/04/2005 | 38.0 | Exhibits filed Re: Jury Waived Trial |
| 05/04/2005 | 39.0 | Motion by Deft: to revise, revoke or amend |
| 05/10/2005 | | Notice sent on May 10, 2005 to The Honorable Peter A. Velis and A.D.A. |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 07/30/2004 | Crim 1 CtRm 1 | Arraignment | Event held as scheduled |
| 09/08/2004 | Crim 1 CtRm 1 | Conference: Pre-Trial | Event held as scheduled |
| 10/19/2004 | Crim 1 CtRm 1 | Hearing: Motion | Event held as scheduled |
| 01/04/2005 | Crim 1 CtRm 1 | Hearing: Motion Evidentiary | Event not held--req of Defendant |
| 01/10/2005 | Crim 1 CtRm 1 | Hearing: Misc Matters to set Evidentiary hearing date | Event held as scheduled |
| 02/17/2005 | Crim 1 CtRm 1 | Hearing: Motion Evidentiary | Event moved to another session |
| 02/17/2005 | | Hearing: Motion Motion to Suppress | Event held as scheduled |
| 02/22/2005 | Crim 1 CtRm 1 | Hearing: Motion | Event held as scheduled |
| 03/07/2005 | Crim 1 CtRm 1 | Hearing: Motion Motion to dismiss | Event held--under advisement |
| 03/08/2005 | Crim 1 CtRm 1 | Hearing: Motion | Event held as scheduled |
| 03/21/2005 | Crim 1 CtRm 1 | TRIAL: by jury | Event not reached by Court |
| 03/21/2005 | Crim 1 CtRm 1 | Hearing: Motion Evidentiary hearing | Event not held--joint request |
| 03/22/2005 | Crim 1 CtRm 1 | TRIAL: by jury | Event not reached by Court |
| 03/23/2005 | Crim 1 CtRm 1 | TRIAL: by jury | Event not reached by Court |
| 03/24/2005 | Crim 1 CtRm 1 | TRIAL: by jury | Event moved to another session |
| 03/24/2005 | Trials CtRm 7 | TRIAL: by jury | Event not reached by Court |
| 04/15/2005 | Trials CtRm 7 | Hearing: Motion | Event held as scheduled |
| 04/20/2005 | Trials CtRm 7 | Hearing: Motion | Event held as scheduled |
| 04/27/2005 | Trials CtRm 7 | TRIAL: by jury | Event not held--req of Defendant |
| 05/02/2005 | Trials CtRm 7 | TRIAL: by jury | Event moved to another session |
| 05/02/2005 | Civil B CtRm5 | Hearing: Motion Pl.14 | Event held as scheduled |
| 05/03/2005 | Civil B CtRm5 | TRIAL: jury waived | Event held as scheduled |
| 05/04/2005 | Crim 1 CtRm 1 | Hearing: Sentence Imposition @ 2:30 P.M. | Event held as scheduled |

A TRUE COPY
OF THE DOCKET MINUTES:
IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 1st day of June 05

_[signature]_
Deputy Asst. Clerk