UNITED STATES DISTRICT COURT OF MASSACHUSETTS

```
PLAINTIFF,                    )
DAVID RIBEIRO, PRO SE.,       )
                              )
     V.                       )
                              )
HOLYOKE POLICE DEPT.          )         CIVIL ACTION #04-30201-MAP
CITY OF HOLYOKE               )
HOLYOKE POLICE                )
OFFICERS.,                    )
DEFENDANTS.                   )
                              )
```

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT, DUE TO UNAVOIDABLE CIRCUMSTANCES.

1) Pro se plaintiff, David Ribeiro, in the above entitled captioned matter, moves this honorable court with this motion for an extension of time to respond to defendants motion for summary judgement.

2) Pursuant to the rules of civil federal procedure, parties are required to respond in a 20 dayy time period when a party submits a motion.

3) The plaintiff is asking the court for an extension of time to file enclosed motion due to plaintiff being transfered from M.C.I. Concord to M.C.I. Norfolk on October 13, 2005.

4) Due to inevitable transfer, plaintiff was told by prison officials that he would not be allowed to transfer with all legal documents. Prison officials stated to plaintiff that the remaining legal documents will follow plaintiff in another transport vehicle, in two weeks.

5) Plaintiff also had to wait one week to receive copies of enclosed motions, which caused further delay.

6) Plaintiff hopes and prays that this honorable court will grant extension of time to submit enclosed motions.

Respectfully submitted

David Ribeiro, pro se #w85454

M.C.I. Norfolk

P.O. Box 43

Norfolk ma, 02056

sign _David Ribeiro_

date _October 24, 2005_