UNITED STATES DISTRICT
COURT OF MASSACHUSETTS

```
PLAINTIFF,                        )
DAVID RIBEIRO, PRO SE.,           )
                                  )
       V.                         )
                                  )          CIVIL ACTION#04-30201-MAP
HOLYOKE POLICE DEPT.              )
CITY OF HOLYOKE                   )
HOLYOKE POLICE OFFICERS,          )
DEFENDANTS.                       )
                                  )
```

## AFFIDAVIT IN SUPPORT OF MOTIONS TO RESPOND, OPPOSE AND AND EXTENSION OF TIME TO FILE ENCLOSED MOTIONS

1) On 10-13-05 plaintiff was transfered from M.C.I. Concord to M.C.I. Norfolk.

2) plaintiffs federally protected clearly established civil and constitutional rights were violated by defendants inept shoddy police misconduct, caused plaintiff to be falsely arrested and wrongfully convicted.

3) Plaintiff was intentionally railroaded by his court appointed attorney becaues of plaintiffs indigency, and was wrongfully convicted in a kangaroo court, for masked armed robbery on 5-3-05.

4) Plaintiff was unable to respond to defense motion in the 20 day time limit due to unexpected transfer.

5) Wherefore, plaintiff hopes and prays that this honorable court will grant these motions and any other relief this court may deem just and proper.

RESPECTFULLY SUBMITTED
DAVID RIBEIRO, PRO SE #W85454
M.C.I. NORFOLK
P.O. BOX 43
NORFOLK MA, 02056
SIGN *David Ribeiro*
DATE: OCTOBER 24, 2005