```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


DAVID RIBEIRO, PRO SE,        )
       Plaintiff              )
                              )
       v.                     )  CIVIL ACTION NO. 04-30201-MAP
                              )
HOLYOKE POLICE DEPT., ET AL,  )
       Defendants             )
```

PRETRIAL SCHEDULING ORDER

May 30, 2006

PONSOR, D.J.

This case has proceeded through rather complex pretrial proceedings. The complaint has been amended and several defendants have filed dispositive motions. As a result, the following defendants are no longer parties to this case: Holyoke Police Officer Paul M. Kelley; District Attorney William Bennett; Commonwealth of Massachusetts; Assistant Hampden County District Attorney Catherine Higgins, and Holyoke Police Lieutenant Michael Higgins.

The final pretrial phase of this case will unfold as follows:

> 1. Any further discovery in this case will be completed by July 31, 2006.
>
> 2. Dispositive motions by any party will be filed by August 31, 2006 and opposed by September 30, 2006.
>
> 3. Following submission of dispositive motions, the court will either set them for argument, refer them

to Chief Magistrate Judge Neiman, or rule on the papers.

4. If no dispositive motions are filed by August 31, 2006, this case will be set down for a final pretrial conference.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge