UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF,
DAVID RIBEIRO, PRO SE

V.

HOLYOKE POLICE DEPT.
CITY OF HOLYOKE
OFFICER DONZE
DEFENDANTS

FILED
2006 SEP 20 A 11: 46

CIVIL ACTION NO. 04-30201-MAP

MOTION FOR APPOINTMENT OF COUNSEL

1.) THE PLAINTIFF IN THE ABOVE ENTITLED MATTER, MOVES THIS HONORABLE COURT WITH THIS MOTION FOR APPOINTMENT OF COUNSEL.

2.) THE REASON FOR THIS REQUEST IS DUE TO THE PLAINTIFF BEING NOTIFIED BY COURT THAT A PRE-TRIAL CONFERENCE WILL BE CONDUCTED ON OCTOBER 16, 2006 AT 3:30 PM AT U.S. DISTRICT COURT, 1550 MAIN St. 5th FLOOR SPRINGFIELD MA, 01103.

3.) THE PROCEDURAL ORDER WAS CONDUCTED BY JUDGE PONSOR. SAID ORDER INDICATES THAT PARTIES ARE TO BE REPRESENTED BY TRIAL COUNSEL. PLAINTIFF HAS BEEN PRO SE THUS FAR. HOWEVER, TRIAL COUNSEL WOULD BE IMPERATIVE TO PLAINTIFF DUE TO THE COMPLEX ISSUES OF FEDERAL CIVIL PROCEDURE. AND DUE TO THE FACT THAT PLAINTIFF IS NOT A LISENCED ATTORNEY.

4.) PLAINTIFF WISHES TO BE APPOINTED TRIAL COUNSEL FOR PRE-TRIAL CONFERENCE AND FOR UP COMING TRIAL. PLAINTIFF HAS BEEN DEEMED INDIGENT BY COURT.

RESPECTFULLY SUBMITTED
DAVID RIBEIRO, PRO SE PLAINTIFF #W85454
M.C.I NORFOLK
P.O. BOX 43
NORFOLK MA, 02056
SIGN David Ribeiro
DATE 9-18-06