UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF,
  DAVID RIBEIRO, PRO SE

V.

HOLYOKE POLICE DEPT.
CITY OF HOLYOKE
OFFICER DONZE
DEFENDANTS

FILED

2006 JUL 20 A 11:46

CIVIL ACTION NO. 04-30201-MAP

AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF IN THE ABOVE ENTITLED MATTER MOVES THIS HONORABLE COURT WITH THIS AFFIDAVIT FOR APPOINTMENT OF PRE-TRIAL CONFERENCE AND TRIAL COUNSEL.

1.) THE PLAINTIFF HAS BEEN INCARCERATED SINCE JULY 12, 2004.

2.) THE PLAINTIFF IS INDIGENT AND CANNOT AFFORD TO HIRE AN ATTORNEY

3.) THE PLAINTIFF HAS BEEN DEEMED INDIGENT BY THE COURT.

4.) THE PLAINTIFF HAS BEEN PRO SE THUS FAR.

5.) THE PLAINTIFF IS NOT A LISENCED ATTORNEY.

6.) IT IS IMPERATIVE THAT PLAINTIFF BE APPOINTED AN ATTORNEY FOR PRE-TRIAL CONFERENCE AND TRIAL REPRESENTATION.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RESPECTFULLY SUBMITTED
DAVID RIBEIRO, PRO SE PLAINTIFF #W85450
M.C.I. NORFOLK
P.O. BOX 43
NORFOLK, MA, 02056
SIGN David Ribeiro
DATE 9-18-06