UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFF,
    DAVID RIBEIRO, PRO SE

    V.

HOLYOKE POLICE DEPT.
CITY OF HOLYOKE
OFFICER DONZE
DEFENDANTS.

CIVIL ACTION NO. 04-30201-MAP

MOTION TO BE HABED TO COURT FOR PRE-TRIAL CONFERENCE AND TRIAL

PLAINTIFF IN THE ABOVE ENTITLED MATTER MOVES THIS HONORABLE COURT WITH THIS MOTION TO BE HABED (PRODUCED) TO COURT FOR PRE-TRIAL CONFERENCE ON OCTOBER 16, 2006 AT 3:30 PM AT U.S DISTRICT COURT 1550 MAIN ST. 5th FLOOR SPRINGFIELD MA, 01103.

1.) PLAINTIFF IS CURRENTLY INCARCERATED AND IS UNABLE TO COME TO COURT ON HIS OWN.

2.) PLAINTIFF HAS BEEN INCARCERATED SINCE JULY 12, 2004.

3.) PLAINTIFF WISHES TO BE PRESENT AT PRE-TRIAL CONFERENCE.

RESPECTFULLY SUBMITTED
DAVID RIBEIRO, PRO SE PLAINTIFF #W85454
M.C.I NORFOLK
P.O BOX 43
NORFOLK MA, 02056
SIGN David Ribeiro
DATE 9-18-06

# CERTIFICATE OF SERVICE

I David Ribeiro, Pro Se plaintiff certify that on the date below mailed copies of enclosed motions to defendants and the united States District Court via first class united States mail service to the addresses below.

TO:
CLERK OF COURT
UNITED STATES DISTRICT COURT
1550 MAIN ST. RM 512
SPRGFLD MA, 01103

TO:
JOHN VIGLIOTTI, ESQ
397 GROVE ST.
WORCESTER MA, 01605

RESPECTFULLY SUBMITTED
DAVID RIBEIRO, PRO SE PLAINTIFF #W85454
M.C.I NORFOLK
P.O. BOX 43
NORFOLK MA, 02056
SIGN David Ribeiro
DATE 9-18-06