UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   WARDEN, MCI NORFOLK, NORFOLK, MA

YOU ARE COMMANDED to have the body of ____DAVID RIBEIRO_____

now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, U.S. Marshal Service, Room 418, 4th Floor, 1550 Main St., Springfield, Massachusetts on __10/16/06_____, at __3:30 P.M._____

for the purpose of _____PRETRIAL CONFERENCE_____

in the case of   DAVID RIBEIRO  V.  ____CITY OF HOLYOKE, ET AL_____


CA  Number   04-30201_____

And you are to retain the body of said ____DAVID RIBEIRO_____

while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __DAVID RIBEIRO_____ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this __12TH_____ day of _____OCTOBER, 2006_____.


____MICHAEL A. PONSOR_____
UNITED STATES DISTRICT JUDGE

                                                        SARAH A. THORNTON
                                                        CLERK OF COURT

        SEAL
                                                        /s/Elizabeth A. French
                                                By:_____
                                                        Deputy Clerk


(Habeas Writ.wpd - 3/7/2005)