```
          UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
```

DAVID RIBEIRO, PRO SE,     )
      Plaintiff  )
                        )
     v.                    ) CIVIL ACTION NO. 04-30201-MAP
                        )
HOLYOKE POLICE DEPT., ET AL, )
      Defendants    )

## FINAL PRETRIAL ORDER

### October 17, 2006

PONSOR, D.J.

Plaintiff, _pro se_, and counsel for the remaining Defendants Usher, Narey, Briant, Holyoke Police Department, City of Holyoke and Donze appeared before this court for a final pretrial conference on October 16, 2006. At this conference, Plaintiff, _pro se_, and the attorney for Defendants agreed that no other defendants remain in the case following various dispositive motions. Based on representations made at the conference, the court orders as follows:

    1. A motion for summary judgment on behalf of the remaining defendants will be filed no later than November 17, 2006.

    2. Plaintiff's opposition to the motion will be filed no later than January 19, 2007. The court will thereafter rule on the motion, on the papers, or will set it for hearing.

    3. If the motion for summary judgment is denied, trial in this matter will commence on April 2, 2007

at 10:00 a.m. The parties will appear that day at 9:00 a.m. for a brief conference prior to the commencement of jury selection.

4. Proposed jury instructions, proposed voir dire questions and motions in limine will be filed no later than March 26, 2007.

It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      United States District Judge