# EXHIBIT A

```
 1        Q.    You said threatened you. When you say
 2   threatened you what do you mean? How did he
 3   threaten you?
 4        A.    He said, "You better fuckin' cooperate
 5   with us."
 6        Q.    I'm sorry, I couldn't hear you.
 7        A.    He said, "You better cooperate with
 8   us."
 9        Q.    Did he use any swear words?
10        A.    Yes, he did.
11        Q.    Can you tell us exactly --
12        A.    "You better fuckin' cooperate with
13   us."
14        Q.    How many times did he say that?
15        A.    Once.
16        Q.    Just once? And that's at that point
17   that you felt extremely terrified?
18        A.    Yes, sir.
19        Q.    Why were you terrified?
20        A.    I didn't know why I was being arrested
21   or treated like that, and he was threatening me,
22   calling me spic and everything else.
23        Q.    That was being done back at Sam's?
24        A.    Yes, sir.
```

1  showed it to you, these items? What did they say
2  to you when they showed --
3      A.    Said they belonged to me.
4      Q.    What did you say?
5      A.    They said they're mine. I said they're
6  not mine.
7      Q.    Did they indicate to you where they
8  found the items?
9      A.    No.
10     Q.    Do you know Officer David S. Usher?
11     A.    I don't know him personally.
12     Q.    Was he at either Worcester Place, High
13 Street or the police station on the day in
14 question?
15     A.    I'm not sure. I can't identify him by
16 name.
17     Q.    So you can't testify as to whether he
18 engaged in any misconduct towards you.
19     A.    I'm not sure. I just know he was one
20 of the arresting officers, according to the
21 police report.
22     Q.    In answer to questions by my brother
23 attorney you indicated only one officer, Officer
24 Dancy --

```
 1        A.    Donze.
 2        Q.    -- Donze, is the one that threatened
 3   you?
 4        A.    Yes.
 5        Q.    And swore at you.
 6        A.    Yes.
 7        Q.    And he's the only officer that did
 8   that?
 9        A.    Yes, sir.
10        Q.    Is that correct?
11        A.    Yes, sir.
12        Q.    Okay. Do you know Officer Martin
13   Narey?
14        A.    I don't know him personally.
15        Q.    Do you know if he was at the scene at
16   Worcester Place, High Street or the police
17   station?
18        A.    I'm not sure.
19        Q.    You indicate James -- you know an
20   Officer Briant? You mentioned his name.
21        A.    According to the police report, yes.
22        Q.    But did you know him before --
23        A.    I don't know him personally, no.
24        Q.    No? And what, if anything, did Officer
```

1   Briant do at either Worcester Place, High Street
2   or the police station?
3       A.   He said he read me my rights after he
4   handcuffed me, but it's not true.
5       Q.   But he said that in the report.
6       A.   Yes, sir.
7       Q.   I'm asking you what he did at the
8   scene at Worcester Place, High Street or the
9   police station.
10      A.   Nothing.
11      Q.   Nothing.
12           You also testified, I believe, that
13  while you were waiting for the marijuana that you
14  had purchased, a person entered the building and
15  ran by you up to --
16      A.   Up the stairs.
17      Q.   Up the stairs?
18      A.   Yes, sir.
19      Q.   And you also testified that you didn't
20  indicate this to the police until you got to the
21  police station.
22      A.   Yes.
23      Q.   And in what context did you indicate
24  this to the police at the police station? Were