# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID RIBEIRO, PRO SE ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04-30201 -MAP |
| ) | |
| HOLYOKE POLICE DEPT. ET AL, ) | |
| ) | |
| Defendant(s) ) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Holyoke Police Department, et al., against the plaintiff David Ribeiro, pursuant to the court's memorandum and order entered this date, granting the defendants motion for summary judgment.

 

**SARAH A. THORNTON**,
CLERK OF COURT

Dated:  January 4, 2007            By /s/ *Maurice G. Lindsay*
                                                       Maurice G. Lindsay
                                                       Deputy Clerk